UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEACHBOOK.COM LLC, <br><br> Defendant. | Civil Action No. <br><br> Jury Trial Demanded |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
AND NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff, Facebook, Inc., states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock. Pursuant to L.R. 3.2, Plaintiff, Facebook, Inc., states that it has no publicly held affiliates.

                                                                                       Respectfully submitted,

Dated: May 6, 2011                      /s/ Michael J. Harris

                                                                                       Christopher J. Renk (IL Bar No. 6199012)
                                                                                      Michael J. Harris (IL Bar No. 6280168)
                                                                                      BANNER & WITCOFF, LTD.
                                                                                      10 S. Wacker Drive, Ste. 3000
                                                                                      Chicago, IL 60606
                                                                                      Tel: (312) 463-5000
                                                                                      Fax: (312) 463-5001
                                                                                      Email: crenk@bannerwitcoff.com
                                                                                             mharris@bannerwitcoff.com

                                                                                       Michael G. Rhodes (*pro hac vice* pending)
                                                                                      COOLEY LLP
                                                                                       101 California Street, 5th Floor
                                                                                       San Francisco, CA 94111-5800
                                                                                       Phone: (415) 693-2000
                                                                                       Fax: (415) 693-2222
                                                                                       Email: rhodesmg@cooley.com

                                                                                       Anne H. Peck (*pro hac vice* pending)
                                                                                       Jeffrey T. Norberg (*pro hac vice* pending)
                                                                                       COOLEY LLP
                                                                                       3175 Hanover Street
                                                                                       Palo Alto, CA 94304-1130
                                                                                       Telephone: (650) 843-5000
                                                                                       Facsimile: (650) 849-7400
                                                                                       Email: peckah@cooley.com
                                                                                                jnorberg@cooley.com

                                                                                       Attorneys for Plaintiff, Facebook, Inc.