UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TEACHBOOK.COM LLC,<br><br>　　Defendant. | Civil Action No. 11-cv-03052<br><br>The Honorable Judge Marvin Aspen<br><br>Jury Trial Demanded |

## STIPULATED DIMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, having amicably settled their dispute, hereby stipulate and agree to dismiss this action in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Date: April 12, 2012

By: _____
Jeffrey T. Norberg
Cooley LLP
Attorneys for Plaintiff Facebook, Inc.

Date: April 9, 2012

By: _____
Anthony L. Abboud
Abboud Legal, LLC
Attorneys for Defendant Teachbook.com, LLC